PER CURIAM.
We grant the petition for writ of certiorari and quash the trial court’s November 21, 1997 order which prohibits the cutting or altering of the defendant’s hair. See Florida Dep’t of Corrections v. Savariau, 600 So.2d 570 (Fla. 3d DCA 1992); Florida Dep’t of Corrections v. Wilson, 594 So.2d 330 (Fla. 3d DCA 1992); Martinelli v. Dugger, 817 F.2d 1499 (11th Cir.1987), cert. denied, 484 U.S. 1012, 108 S.Ct. 714, 98 L.Ed.2d 664 (1988); Harris v. Chapman, 97 F.3d 499 (11th Cir. 1996), cert. denied, — U.S. -, 117 S.Ct. 2422, 138 L.Ed.2d 185 (1997).
GUNTHER, WARNER and FARMER, JJ., concur.